UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANKLIN, et al.,<br><br>        Defendants. | No. 2:17-cv-1741-WBS-EFB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2018, are adopted in full;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 7) is denied;

3. Plaintiff's request for an extension of time to file a certified trust account statement (ECF No. 6) and motion to amend (ECF No. 8) are denied as moot;

4. Plaintiff is ordered to pay the $400 filing fee within fourteen days from the date this order is served; and

5. Plaintiff is admonished that failure to comply will result in the dismissal of this action.

Dated: September 4, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE